UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>ALBERTO LEON-ENRIQUEZ,<br><br>               Defendant. | CASE NO.:  21CR2901-JLS<br><br>Hon. Janis L. Sammartino<br>Courtroom 4D<br><br>ORDER TO CONTINUE MOTION<br>HEARING/ TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in this case be continued from November 12, 2021 at 1:30 p.m., to December 10, 2021 at 1:30 p.m.  For the reasons set forth in the motion, time is excluded in the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  November 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

**21CR2901-JLS**